UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VALERIE FLORES,

Plaintiff,

-against-

KRISTI GULLICKSON; AMY M. ULRICKSON; LONG HAIRED WHITE MALE ROOMMATE OF KRISTI GULLICKSON IN 2/2020-11/2021,

Defendants.

26-cv-5722 (LLS)

CIVIL JUDGMENT

For the reasons stated in the August 19, 2026, order, this action is dismissed because it has been brought in the wrong venue.

SO ORDERED.

Dated: September 2, 2026
New York, New York

/s/ Louis L. Stanton
LOUIS L. STANTON
United States District Judge